## CROWN ROYALTIES CO. v. ZENOR et al.

No. 25468. March 26, 1935.

Gill & Caldwell, for plaintiff in error.

Edwards & Robinson, for defendants in error.

PER CURIAM. The appeal was filed herein April 6, 1934, and the brief of plaintiff in error filed July 26, 1934. There has been no brief filed by the defendant in error, and under the rule for failure to file brief the cause is reversed and remanded, with directions to vacate the judgment for the defendant and to enter judgment for the plaintiff quieting title to the property involved as prayed for in the petition in error.

## HUNNICUTT v. REID et al.

No. 25580. March 26, 1935.

Charles H. Garnett, for plaintiff in error.

Speakman & Speakman, for defendants in error.

PER CURIAM. The appeal was filed herein May 17, 1934, and the brief of plaintiff in error filed September 11, 1934. There has been no brief filed by the defendants in error, and under the rule for failure to brief the cause is reversed and remanded, with directions to the trial court to vacate the judgment for the plaintiffs and enter judgment for the defendant, canceling the deed and quieting title to the premises involved as prayed for in the petition in error.